PROB 12B
(7/93)

# United States District Court
## for the
## Northern District Of Florida

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Tellas Detrail Barnum            Case Number: 1:02CR00002-001

Name of Sentencing Judicial Officer:   The Honorable Maurice M. Paul
                                        Senior United States District Judge

Date of Original Sentence: September 3, 2002       Type of Supervision: Supervised Release

Original Offense:                                   Date Supervision Commenced: 11/5/2007
Count 1: Possession With Intent to Distribute Cocaine Base, in violation of 21 U.S.C.§§841(a) and 841(b)(1)(B)(iii); a Class "A" Felony.
Count 2: Possession With Intent to Distribute Cocaine Base, in violation of 21 U.S.C.§§841(a) and 841(b)(1)(B)(iii); a Class "A" Felony.
Count 3: Possession With Intent to Distribute Cocaine Base, in violation of 21 U.S.C.§§841(a) and 841(b)(1)(B)(iii); a Class "A" Felony.

Original Sentence: 90 months imprisonment as to each   Date Supervision Expires: November 4, 2015
count, each count concurrent, followed by eight (8)
years supervised release.

## PETITIONING THE COURT

To modify the defendant's term of supervised release by adding the condition:

"The defendant shall not consume any alcohol or intoxicating beverages, nor shall he frequent any establishments where alcoholic beverages are sold, used or dispensed, with the exception of restaurants and grocery stores."

### CAUSE

On or about May 5, 2008, the supervised releasee tested positive for the presence of cannabis. The defendant admitted to the probation officer that he recently used cannabis while frequenting the nightclub Venu.

Respectfully submitted,

by  *[signature]*

Glenn McInnes
U.S. Probation Officer
Date: May 12, 2008

Prob 12B
**Re: Barnum, Tellas Detrail**
**May 12, 2008**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_Maurice M. Paul_
Signature of Judicial Officer

_June 19, 2008_
Date