IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:02-cr-00002-MP

TELLAS DETRAIL BARNUM,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 49, Motion to Continue Revocation Hearing, filed by the defendant, Tellas Detrail Barnum.  Defendant is currently scheduled to appear before this Court on April 24, 2009, for a hearing on his alleged violation of supervised release.  In his motion, Defendant states that he remains wheelchair-bound with broken hands and a broken leg.  He represents that he is unable to complete basic activities of daily living and requests an additional 30 days to recover before his hearing.  The Government and the Probation Office do not oppose Defendant's request.  Finding good cause for a continuance, it is hereby

**ORDERED AND ADJUDGED:**

The Motion to Continue Revocation Hearing (Doc. 49) is GRANTED.  The hearing on TELLAS DETRAIL BARNUM's alleged violation of supervised release is continued to Thursday, June 4, 2009, at 10:00 a.m.

**DONE AND ORDERED** this  *21st* day of April, 2009

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge