IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:02-cr-00002-MP

TELLAS DETRAIL BARNUM,

    Defendant.
_____/

### O R D E R

This matter is before the Court on its own motion. On April 21, 2009, the Court entered an order (Doc. 50) granting Defendant's motion to continue his revocation hearing (Doc. 49) and resetting the hearing to June 4, 2009, at 10:00 a.m. The Probation Office has now informed the Court that its officers are currently scheduled to attend a mandatory meeting on that date. Finding good cause for a continuance, it is hereby

**ORDERED AND ADJUDGED:**

The hearing on TELLAS DETRAIL BARNUM's alleged violation of supervised release is continued to Thursday, June 11, 2009, at 10:00 a.m.

**DONE AND ORDERED** this   *29th* day of May, 2009

    *s/Maurice M. Paul*
    Maurice M. Paul, Senior District Judge